BROWNSTEIN HYATT FARBER SCHRECK, LLP
  Frank M. Flansburg III
   *fflansburg@bhfs.com*
  Emily A. Ellis
   *eellis@bhfs.com*
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: +1.702.802.2205
Facsimile: +1.702-382-8135

GOLDFARB & HUCK ROTH RIOJAS, PLLC
  Christopher M. Huck (admitted *pro hac vice*)
   *huck@goldfarb-huck.com*
  R. Omar Riojas (admitted *pro hac vice*)
   *riojas@goldfarb-huck.com*
925 Fourth Avenue, Suite 3950
Seattle, WA  98104
Telephone:  +1.206.452.0260
Facsimile:  +1.206.397.3062

WYSOCKI JUSTUS, P.C.
  Cody P. Peterson (admitted *pro hac vice*)
   *cpeterson@wysockijustus.com*
4582 S. Ulster St., Suite 110
Denver, CO  80237
Telephone:  +1.823.567.5314
Facsimile:  +1.303.629.2802

*Attorneys for Plaintiffs*
*Lighthouse Strategies, LLC and*
*U,S. Coffee & Tea Pod, LLC dba Cannabiniers*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIGHTHOUSE STRATEGIES, LLC, a Nevada limited liability company, and U.S. COFFEE & TEA POD, LLC d/b/a CANNABINIERS, a Nevada limited liability company, | CASE NO. 2:19-CV-00187-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| RUSSELL STEBBINS, an individual, and CANAMARK, INC., d/b/a/ OLEO, a Washington corporation, | |
| Defendants. | |

19111811.3

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Lighthouse Strategies, LLC, and U.S. Coffee & Tea Pod, LLC dba Cannabiniers (collectively "Plaintiffs"), by and through the law firms of Brownstein Hyatt Farber Schreck, LLP, Goldfarb & Huck Roth Riojas, PLLC, and Wysocki Justus, P.C., and Defendants Russell Stebbins and Cannamark, Inc. dba Oleo (collectively "Defendants"), by and through the law firm of Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

1.     All of Plaintiffs' claims against Defendants are hereby dismissed with prejudice;

2.     Each party will bear their own attorneys' fees and costs; and

3.     All pending dates and obligations shall be vacated.

Dated this 22nd day of April, 2019.                    Dated this 22nd day of April, 2019.

BROWNSTEIN HYATT FARBER                     GORDON REES SCULLY MANSUKHANI,
SCHRECK LLP                                                LLP

By: */s/ Frank M. Flansburg, III*              By: */s/ Robert E. Schumacher*
    Frank M. Flansburg, III, Esq.                  Robert E. Schumacher, Esq.
    Nevada Bar No. 6974                           Nevada Bar No.7504
    Emily A. Ellis, Esq.                          300 South 4th Street, Suite 1550
    Nevada Bar No. 11956                          Las Vegas, Nevada 89101
    100 North City Parkway, Suite 1600            Attorneys for Defendants
    Las Vegas, Nevada 89106
    Co-Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

19111811.3                                             2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1    Dated this 22nd day of April, 2019.          Dated this 22nd day of April, 2019.

2    GOLDFARB & HUCK ROTH RIOJAS,              WYSOCKI JUSTUS, P.C.
     PLLC

3

4
     By: */s/ Christopher M. Huck*              By: */s/ Cody Peterson*
5        Christopher M. Huck, Esq.                 Cody Peterson, Esq.
         R. Omar Riojas, Esq.                      4582 S. Ulster St., Suite 110
6        925 Fourth Avenue, Suite 3950            Denver, CO  80237
         Seattle, WA  98104                       Co-Attorneys for Plaintiffs
7        Co-Attorneys for Plaintiffs

8

9

10                                              IT IS SO ORDERED:

11                                              _____

12                                              UNITED STATES DISTRICT COURT JUDGE

13                                              DATED: ___April 24, 2019_____

14
     Submitted By:
15
     BROWNSTEIN HYATT FARBER SCHRECK, LLP
16

17   */s/ Frank M. Flansburg, III*
     Frank M. Flansburg, III
18   Emily A. Ellis
     BROWNSTEIN HYATT FARBER SCHRECK, LLP
19   100 North City Parkway, Suite 1600
     Las Vegas, NV 89106
20   Telephone: +1.702.802.2205
     fflansburg@bhfs.com
21
     GOLDFARB & HUCK ROTH RIOJAS, PLLC
22   Christopher M. Huck (admitted *pro hac vice*)
     R. Omar Riojas (admitted *pro hac vice*)
23   925 Fourth Avenue, Suite 3950
     Seattle, WA  98104
24   Telephone:  +1.206.452.0260
     huck@goldfarb-huck.com
25   riojas@goldfarb-huck.com

26   WYSOCKI JUSTUS, P.C.
     Cody P. Peterson (admitted *pro hac vice*)
27   4582 S. Ulster St., Suite 110
     Denver, CO  80237
28   Telephone:  +1.823.567.5314

     19111811.3                                3

1   cpeterson@wysockijustus.com

2   *Attorneys for Plaintiffs*
    *Lighthouse Strategies, LLC and*
3   *U,S. Coffee & Tea Pod, LLC dba Cannabiniers*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

19111811.3                                        4